## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

Bonifacio Rodriguez, Jr. a/k/a Juan       * From the 70th District
Fonifacio Rodrigues, Jr. a/k/a Bonifacio     Court of Ector County,
Rodriguez Hernandez,                         Trial Court No. A-39,164.

Vs. No. 11-13-00357-CR                    * December 19, 2013

The State of Texas,                       * Per Curiam Memorandum Opinion
                                             (Panel consists of: Wright, C.J.,
                                             Willson, J., and Bailey, J.)


    This court has inspected the record in this cause and concludes that the appeal should be dismissed for want of jurisdiction.  Therefore, in accordance with this court's opinion, the appeal is dismissed.